UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,

                          Plaintiff,                    21-CV-658 (JMF)

     -v-                                      ORDER

HAMMOND'S CANDIES SINCE 1920 II, LLC,

                          Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 26, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant's *pro hac vice* motion was granted on February 26, 2021. ECF No. 9. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **March 22, 2021**.

       SO ORDERED.

Dated: March 15, 2021
       New York, New York

                                                _____
                                                   JESSE M. FURMAN
                                              United States District Judge