IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

HAMMOND'S CANDIES SINCE 1920 II, LLC,

        Defendant.

Civil Case Number: **1:21-cv-00658-JMF**

**[PROPOSED] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 5, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-00658-JMF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 5th **day of May 2021.**

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE